MIE 2
Revised 11/19

# UNITED STATES GOVERNMENT MEMORANDUM

DATE: 09/30/2020

TO: Honorable Walter Herbert Rice
United States District Judge

FROM: Marquez F. Harris
United States Probation Officer

RE: BANKS, Timothy Kyle         Special Assessment: $100.00 (Balance $100.00)
Docket No.: 19-CR-00006-01      Restitution: $531.92 (Balance $531.92)
**Criminal Monetary Penalties**  Fine: N/A

The above-named person under supervision has been ordered by the Court to pay criminal monetary penalties as noted above. The probation department has reviewed the person under supervision's financial situation and makes the following recommendation for the Court's approval of the initial monthly payment schedule.

**RESTITUTION**

TIMOTHY BANKS is to make restitution payments at a rate of $50.00 per month by the 30th day of the month beginning 10/30/2020.

NOTE: Money received is applied to Court-ordered payments in the following order: 1) Special Assessment; 2) Restitution and 3) Fine.

Submitted By: s/Marquez F. Harris            Approved By: s/Dion J. Thomas
United States Probation Officer              Deputy Chief United States Probation Officer
(313) 234-5430                               (313) 234-5468

__x__ Approved

_____ Not Approved

Walter Herbert Rice
United States District Judge

(tp - per Judge Rice authorization after his review)

10-02-2020
Date